# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**October 8, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00322 | Rothenborg v. Rothenborg | Vacated |

**October 17, 2014**

| | | |
|---|---|---|
| CAAP–13–00 04539 | Cravalho v. Ribao | Affirmed |

**October 20, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00755 | State v. Ard | Affirmed |

**October 21, 2014**

| | | |
|---|---|---|
| CAAP–12–00 00050 | County of Hawai'i v. Ito | Vacated and Remanded |

**October 22, 2014**

| | | |
|---|---|---|
| CAAP–13–00 03755 | State v. Dalumpinis | Affirmed |
| CAAP–11–00 01073 | State v. Gonsalves | Affirmed |

**October 23, 2014**

| | | |
|---|---|---|
| CAAP–13–00 01306, CAAP–13–00 03437, CAAP–13–00 03840 | Ray v. Kapiolani Medical Specialists | Reversed |
| CAAP–13–00 04187 | State v. Anthony | Affirmed |

**October 24, 2014**